14-cv-465

United States District Court District of N.H.

Plaintiff: Joseph Nici   ID# 78475
Full name & print      State ID Number

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 OCT 20 A 11:53

Defendant: Warden Richard Gerry & Commissioner William Wrenn, NH. DOC.

Motion for: Injuctive relief & urgent hearing

Now comes the plaintiff and request urgent hearing to disclose several violations of the Constitution 1st, 8th, 14th.
The defendants warden Gerry & commissioner Wrenn of N.H. DOC are holding the plaintiff over his time in prison to serve ordered by the N.H. Adult Parole Board, 90 day parole violation set back, The N.H. DOC refuses to give the plaintiff any medical or Dental treatment because hes on a 90 day PV but way past the 90 days.
The plaintiff is suffering greatly and being warehouse in the SHU Max unit This too is a violation of his 8th Amendment by the defendant
The plaintiff request an urgent hearing to have the honorable Judge release the plaintiff from the conditions of his current confinement.

→

(2)

The plaintiff makes This request For a urgent hearing on The grounds his Mental stability is going Fast & is Becoming weak & hopeless.

The currant term of 90 days has Pasted & The Fact The defendant continues to Leave The plaintiff In DOC, is NOT & will NO serve any Correctional goals,

A) hearing with in guide lines 30 days or Less

B) grant motion and Release Plaintiff From NH. DOC,

respectfully submitted

x __Joseph Nici__
PRINT Full NAme

__10/16/2014__
Date

x __[signature]__
Sign

P.O. Box 14
Concord, NH.
03301