UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Joseph Nici

   v.                                     Civil No. 14-cv-465-SM

Richard Gerry et al.


**REPORT AND RECOMMENDATION**

On October 28, 2014, this court issued an Order (doc. no. 3) directing plaintiff, Joseph Nici, to file an amended complaint within thirty days, and reminding Nici to comply with the court's previous Order (doc. no. 2), directing him to either pay his filing fee or apply for in forma pauperis status by December 24, 2014. Nici has done neither.

Without comment on the merits of Nici's claims, the court recommends that this case be dismissed without prejudice for Nici's failure to pay the filing fee in this matter or move for in forma pauperis status. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See United States v. De Jesús-Viera, 655

F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010).

                                                    Andrea K. Johnstone
                                        United States Magistrate Judge

January 12, 2015

cc:   Joseph Nici, pro se